ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 19 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| v. | No. 1:23CR-0302 |
| VICTOR RODRIGUEZ MATIAS | Under Seal |

THE GRAND JURY CHARGES THAT:

**Count One**

On or about March 28, 2022, in the Northern District of Georgia, the defendant, VICTOR RODRIGUEZ MATIAS, aided and abetted by persons known and unknown to the grand jury, did knowingly attempt to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of any merchandise, article, and object from the United States to the Dominican Republic, that is:

a. Eight (8) Glock, model 45, 9mm caliber pistols;

b. Twenty-one (21) Glock, model 19 Gen 5, 9mm caliber pistols;

c. Two (2) Glock, model 26, 9mm caliber pistols;

d. One (1) Canik, model 26, 9mm caliber pistol;

e. Eleven (11) Glock, model 17 Gen 5, 9mm caliber pistols;

f. One (1) Glock, model 17, 9mm caliber pistol;

g. One (1) Glock, model 19, 9mm pistol;

h. Two (2) Charter Arms, model Undercover, .38 caliber revolvers; and

i. One (1) Glock, model 26 Gen 5, 9mm caliber pistol;

prior to exportation, knowing the same to be intended for exportation contrary to the laws and regulations of the United States, to wit, Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 774 and 738.

All in violation of Title 18, United States Code, Sections 554(a) and 2.

## Forfeiture Provision

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, VICTOR RODRIGUEZ MATIAS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations, including, but not limited to, a forfeiture money judgment, that is, a sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Count One of this Indictment.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

2

the United States intends to seek forfeiture of any other property of the defendant up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A _____*True*_____ BILL

_____*/s/ Michel Thompson*_____
FOREPERSON

RYAN K. BUCHANAN
  *United States Attorney*

*/s/ Erin N. Spritzer*
ERIN N. SPRITZER
  *Assistant United States Attorney*
Georgia Bar No. 152374

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3